UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

PAUL CHU, in his capacity as Executor
of the Estate of JAMES BOA-THE CHU

    v.                                                     C.A. No. 12-814L

LEGION OF CHRIST, INCORPORATED,
THE LEGION OF CHRIST INCORPORATED,
and THE LEGION OF CHRIST NORTH
AMERICA, INCORPORATED

## ORDER

The Report and Recommendation of U.S. Magistrate Judge Patricia A. Sullivan, dated 1/13/14, is hereby accepted and adopted. Therefore, the Defendants' Motion for Summary Judgment is denied.

The parties will consult, and present to the Court, a new schedule for complying with the various sections of the already issued Pretrial Scheduling Order.

It is so Ordered.


/s/Ronald R. Lagueux
Senior Judge
2/26/14